NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BENJAMIN FREDERICK,                    )
                                       )
         Appellant,                    )
                                       )
v.                                     )          Case No. 2D17-3945
                                       )
STATE OF FLORIDA,                      )
                                       )
         Appellee.                     )
_____)

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

Benjamin Frederick, pro se.


PER CURIAM.

         Affirmed.


KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.